# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7041**  September Term, 2025

1:20-cv-02070-TSC

Filed On: September 26, 2025 [2137184]

United States of America, ex rel. Mark J. O'Connor and Sara F. Leibman,

and

Mark J. O'Connor and Sara F. Leibman,

      Appellants

   v.

U.S. Cellular Corporation, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk